I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/29/14

DEPUTY CLERK

JS-6/ Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HERBERT JOHNSON BEY,  ) Case No. CV 13-1356-ABC (JPR)
             Petitioner,  )
                          )  **JUDGMENT**
        vs.               )
                          )
CYNTHIA Y. TAMPKINS,      )
Warden,                   )
                          )
             Respondent.  )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 28, 2014

AUDREY B. COLLINS
U.S. DISTRICT JUDGE